TILLMAN & CAMPRELL, for appellants.

JOHN J. MOORE, for appellees.

This was an action of assumpsit brought by the Ivy Coal & Coke Company against A. J. and H. W. Perry. On the trial of the case there was judgment in favor of the plaintiff. The defendants appeal.

The judgment was reversed and the cause remanded. Opinion by DOWDELL, J.

## Ex Parte Frey *et al.*

Petition for *Mandamus*.

O. KYLE, for petitioner.

The petition in this case was filed by Andrew C. Frey and others, addressed to the Judges of the Supreme Court of Alabama, asking for a writ of *mandamus,* to the chancellor of the Northern Chancery Division, commanding him to set aside and annul a decree overruling motions and demurrers interposed by the petitioners to the bill of complaint filed in the relator's court against the petitioners.

The rule *nisi* was denied.

Opinion PER CURIAM.

## Russell *et al.* v. Seawell.

APPEAL from Jefferson Chancery Court.

Heard before the Hon. JOHN C. CARMICHAEL.

WHITE & HOWZE, for appellants.

R. C. REDUS, for appellee.